UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROY WARE** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-10245-RGS |
| | ) | |
| **VALENTINE & KEBARTIS, INC.** | ) | |
| Defendant, | ) | |
| | ) | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 24, 2014

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick, Esq.
Kevin V. K. Crick
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1-A
North Andover, MA 01845
Phone: (978) 420-4747
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

## PROOF OF SERVICE

  I hereby certify that on February 24, 2014, I served copies of Notice of Settlement on Defendant by way of Certified U.S. Mail.

                /s/ Kevin V. K. Crick, Esq.
                Attorney for Plaintiff